# IN THE UNITED STATES DISTRICT COURT FOR
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **MICHAEL FISHER,** | ) |
| Plaintiff, | ) ) |
| v. | ) NO. 3:17-cv-00814 ) |
| **NISSAN NORTH AMERICA, INC.,** | ) **JUDGE CAMPBELL** ) **MAGISTRATE JUDGE BROWN** |
| Defendant. | ) |

## ORDER

Pending before the Court is Defendant's Motion for Summary Judgment. (Doc. No. 24, 26). Plaintiff filed a response in opposition (Doc. No. 33), and Defendant has replied. (Doc. No. 40). Plaintiff also filed a sur-reply in opposition to Defendant's motion. (Doc. No. 45). For the reasons set forth in the accompanying Memorandum, Defendant's Motion for Summary Judgment is **GRANTED**. This case is **DISMISSED**.

This Order shall constitute the final judgment in this case under Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE